In the Matter of the Claim of PETER ALLEN. SLAVOTSKY & BEGELMAN, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.—

All concur.

GENERAL WOOD PRODUCTS CORPORATION, Respondent, v. PLAYMORE, INC., et al., Appellants.—

All concur.